IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DENVER MAYS,

    Petitioner,                    No. CIV S-12-0104 GGH P

    vs.

UNKNOWN,

    Respondent.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        The application attacks a conviction (Parole Revocation Extension Hearing) issued by the Santa Rita Facility in Dublin, California.  A review of the application indicates that petitioner may have been originally sentenced in Santa Clara County, and does not reveal any contacts with the Eastern District of California, even himself.  Accordingly, it appears that this court lacks jurisdiction over the petition.  Cf. 28 U.S.C. § 2241(d) (districts in which petitioner is in custody and in which petitioner was sentenced exercise concurrent jurisdiction over habeas petition filed by state prisoner).

\\\\\

1

1         In addition, any and all witnesses and evidence necessary for the resolution of
2  petitioner's application are more readily available in Alameda County.
3         Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:
4         1.  This court has not ruled on petitioner's application to proceed in forma
5  pauperis; and
6         2.  This matter is transferred to the United States District Court for the Northern
7  District of California.
8  DATED: February 6, 2012

      /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:rb
mays0104.108